**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANDREA SPYCHALSKY,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No.  8:06-cv-1379-T-30MSS**

**LAKE WALES CHARTER SCHOOLS,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss, Motion to Strike or Motion for More Definite Statement and Supporting Memorandum of Law (Dkt. #5), and Plaintiff's Memorandum in Opposition to Motion to Dismiss or to Strike or for More Definite Statement (Dkt. #11).  The Court, having considered the motion, response, memoranda, and being otherwise advised in the premises, finds that Defendant's motion should be granted in part and denied in part for the reasons stated in this Court's Order (Dkt. #11) entered on September 27, 2006 in the matter of *Ann McCarty v. Lake Wales Charter Schools*, Case No. 8:06-cv-1378-JSM-EAJ.

It is therefore ORDERED AND ADJUDGED that:

1.    Defendant's Motion to Dismiss, Motion to Strike or Motion for More Definite Statement and Supporting Memorandum of Law (Dkt. #5) is GRANTED IN PART AND DENIED IN PART.  Counts I and III are dismissed without

prejudice. Count II is dismissed for lack of subject matter jurisdiction. Defendant's motion to dismiss is denied as to Count IV.

2. Plaintiff shall have thirty (30) days from the entry of this Order to amend Counts I and III of the Complaint.

**DONE** and **ORDERED** in Tampa, Florida on October 19, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-1379.mtd 5.wpd