**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANDREA SPYCHALSKY,

    Plaintiff,

v.                                        CASE NO.  8:06-cv-1379-T-30MSS

LAKE WALES CHARTER SCHOOLS,

    Defendant.
_____/

**O R D E R**

    The Court has been advised by Mediator Peter Grilli that the above-styled action has been conditionally settled, subject to the approval of the Board of the Lake Wales Charter Schools. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>ninety (90) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 90-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on January 15, 2008.

                                                                         JAMES S. MOODY, JR.
                                                                         UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2006\06-cv-1379.dismissal.wpd